# EXHIBIT "A"

|  |  |
|---|---|
| GENYA ABUGOV, | IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: 502024CA011098XXXAMB |
| vs. | |
| WALMART STORES EAST LP, | |
| Defendant.                              / | |

# AMENDED COMPLAINT FOR DAMAGES

Plaintiff, GENYA ABUGOV, by and through undersigned counsel, and sues the Defendant, WALMART STORES EAST LP, a Foreign Profit Corporation, and alleges as follows:

1. This is an action for damages which exceed the sum of Fifty Thousand Dollars ($50,000.00), exclusive of costs, interest and fees.

2. At all times material herein, Defendant, WALMART STORES EAST LP (hereinafter "WALMART") was and is a Foreign Profit Corporation authorized to and doing business within the State of Florida, and more specifically in Lake Worth, Palm Beach County, Florida.

3. At all times material hereto, the Defendant, WALMART, owed a duty to the Plaintiff, GENYA ABUGOV, and other members of the general public similarly situated to keep its property and premises commonly known as "Walmart" and located 6177 Jog Road, Lake Worth, FL 33467, in a reasonably safe condition and to protect Plaintiff, GENYA ABUGOV from dangers of which the business or its agents or employees was or should have been aware.

4. On or about July 30, 2024, the Plaintiff, GENYA ABUGOV, a business invitee at Defendant WALMART's subject premises, was injured when she slipped and fell due to a foreign transitory substance on the floor of the subject premises.

5. Defendant, WALMART, as owner and/or property manager and/or operator of the aforementioned premises, and as the entity that had possession and control of said premises, had a duty to operate its business in a non-negligent manner and implement methodology which does not cause or contribute to the creation of dangerous conditions and also to avoid injury to the Plaintiff, GENYA ABUGOV, and other invitees to the Defendant's business, and also have a duty to warn the Plaintiff, GENYA ABUGOV, of all dangerous conditions, including the one herein previously alleged, which it knew or should have known existed on its property and which created an unreasonable risk of harm to Plaintiff, GENYA ABUGOV.

6. At all times material hereto, the Defendant, WALMART, negligently breached the above-mentioned duties in one or more, but not limited to, the following respects:

    a. creating the condition which caused the Plaintiff's injury;

    b. failing to maintain its premises/property in a reasonably safe condition;

    c. allowing the dangerous condition to be on the property and/or to remain on the property for an unreasonable length of time, creating a hazard for invitees such as Plaintiff. The dangerous condition that caused the Plaintiff to get injured had been on the property long enough that the Defendant knew, or under the exercise of reasonable care should have known, that the dangerous condition existed and should be promptly addressed and warning signs put out and this section of the property cordoned off until the condition

was corrected. Nevertheless, Defendant did not take any of these steps and as a result Plaintiff sustained injuries and related damages;

    d.    failing to properly monitor and maintain the floors in its store that are traversed by customers and/or invitees; and/or

    e.    failing to otherwise exercise due care with respect to the matter alleged in the Complaint.

7. As a direct and proximate result of the aforementioned negligence of Defendant, WALMART, the Plaintiff, GENYA ABUGOV sustained injuries.

8. As a further direct, proximate and foreseeable result of the negligence of the Defendant, WALMART, the Plaintiff, GENYA ABUGOV, suffered bodily injury and resulting pain and suffering, disability, disfigurement, impairment of working ability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money in the future, aggravation of a previously existing condition, and Plaintiff has incurred medical expenses in the care and treatment of said injuries. The losses are either permanent or continuing in nature and Plaintiff, GENYA ABUGOV, will suffer said losses in the future.

**WHEREFORE,** the Plaintiff, GENYA ABUGOV, demands judgment for damages against the Defendant, WALMART STORES EAST LP inclusive of costs, pre-judgment interest, attorney fees, if allowable by law, and such other further relief as the Court deems just and proper, both in law and equity. The Plaintiff further demands trial by jury as to all issues triable as a matter or right.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via service of process.

BODDEN & BENNETT LAW GROUP
Attorneys for the Plaintiff
1880 North Congress Avenue, #215
Boynton Beach, FL 33426
Telephone: (561)806-5229
Facsimile: (561)806-5244
Desig. Email: litlaw@bb.law

By: */s/ W. David Bennett*
Carlos A. Bodden, Esq.
Florida Bar No.: 093343
W. David Bennett, Esq.
Florida Bar No.: 087746
